1   ARTURO J. GONZALEZ (CA SBN 121490)
    agonzalez@mofo.com
2   J. RYAN GILFOIL (CA SBN 246493)
    jgilfoil@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415-268-7000
5
    Attorneys for Plaintiff
6

7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  BOBBIE GARCÍA, on behalf of JOSEPH LUÍS GARCÍA, | Case No.      1:07-CV-01593-OWW-DLB |
| 12                              Plaintiff, | **PLAINTIFF'S REQUEST TO FILE APPENDIX UNDER SEAL AND ORDER** |
| 13         v. | |
| 14  COUNTY OF TULARE, and DOES 1 through 50, inclusive, | Date: May 16, 2008 |
| 15 | Time: 9:00 am |
| 16                              Defendants. | Courtroom: 9 Judge: Hon. Dennis L. Beck |

17

18

19          Plaintiff Bobbie García files this Request pursuant to Local Rule 39-141 and the

20   Stipulated Protective Order, Docket Entry No. 18, entered on April 30, 2008, for permission to

21   file under seal for a period of five years the following appendix which will be attached to

22   Plaintiff's Reply in Support of Plaintiff's Petition for Appointment of Guardian Ad Litem, to be

23   filed May 9, 2008.  Plaintiff requests permission to file this appendix under seal because it

24   contains sensitive information about Joseph L. García's medical condition and cognitive and

25   mental state and has been designated "Confidential" under the Stipulated Protective Order:

26          1.      A document entitled "Follow-up Neuropsychological Consultation" dated

27   January 28, 2002 describing Joseph L. García's cognitive condition.

28

1       For the reasons set forth above, Plaintiff respectfully requests that permission to file the

2  listed appendix under seal be granted.

3

4  Dated: May 5, 2008                      ARTURO J. GONZALEZ
                                               J. RYAN GILFOIL

5                                          MORRISON & FOERSTER LLP

6

7                                          By:    /s/ J. Ryan Gilfoil
                                                    J. Ryan Gilfoil

8                                             Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Plaintiff's request to file the identified appendix under seal is GRANTED.

3      IT IS SO ORDERED.

4

5  Dated: 6 May 2008             ____/s/ *Dennis L. Beck*_____

6                            Honorable Dennis L. Beck
                               United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28