# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE GARCIA, on behalf of JOSEPH LUIS GARCIA, | 1:07cv1593 OWW DLB |
| Plaintiff, | ORDER GRANTING MOTION TO APPOINT GUARDIAN AD LITEM |
| v. | (Document 15) |
| COUNTY OF TULARE, | |
| Defendant. | |

Plaintiff Bobbie Garcia ("Plaintiff"), on behalf of her son Joseph Luis Garcia, filed the instant petition to appoint a guardian ad litem on April 8, 2008. The matter was heard on May 16, 2008, before the Honorable Dennis L. Beck, United States Magistrate Judge. J. Ryan Gilfoil appeared on behalf of Plaintiff. Erica Camarena appeared on behalf of Defendant County of Tulare ("Defendant").

## **BACKGROUND**

Plaintiff filed the instant civil rights action on October 30, 2007. The complaint alleges that Joseph suffers from cognitive deficiencies and chronic depression due to head injuries sustained in a 2001 car accident. The allegations arise from an allegedly unlawful arrest and detention on June 4, 2007. Plaintiff contends that he was arrested and detained until June 8, 2007, on outstanding warrants for another individual. He alleges violations of the Fourth and

Fourteenth Amendment, as well as state law causes of action for false imprisonment and negligence, and seeks monetary damages.

On April 8, 2008, Plaintiff filed a petition to be appointed as Joseph's guardian ad litem. Defendant opposed the petition on April 25, 2008. Plaintiff filed her reply on May 9, 2008.

## **DISCUSSION**

Pursuant to Federal Rule of Civil Procedure 17(c)(1), a representative may sue on behalf of a minor or incompetent person.

Defendant opposes the petition because it believes that Joseph is competent. Defendant therefore requests that the Court deny Plaintiff's petition until Joseph's competency is determined through discovery.

In support of her reply, Plaintiff submitted a January 28, 2002, report from Paul C. Lebby, Ph.D., a neuropsychologist. Based on this evidence, appointment of a guardian ad litem appears proper. Defendant does not dispute this.

Therefore, based on the evidence before the Court and the difficulties that delaying the appointment of a guardian ad litem would present to counsel in prosecuting this action, Plaintiff's petition is GRANTED. Plaintiff Bobbie Garcia SHALL be appointed as Guardian Ad Litem for her son, Joseph Luis Garcia. Defendant reserves the right, however, to object to the appointment at a later date.

IT IS SO ORDERED.

Dated:  **May 16, 2008**          /s/ **Dennis L. Beck**
                                 UNITED STATES MAGISTRATE JUDGE