1  ARTURO J. GONZALEZ (CA SBN 121490)
   agonzalez@mofo.com
2  J. RYAN GILFOIL (CA SBN 246493)
   jgilfoil@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone: 415-268-7000
5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12 BOBBIE GARCÍA, on behalf of JOSEPH LUÍS GARCÍA,                     Case No. 1:07-CV-01593-OWW-DLB

13                Plaintiff,                                           **STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

14        v.

15 COUNTY OF TULARE and DOES 1 through 50, inclusive,                  Judge: Hon. Oliver W. Wanger

16                Defendants.

17

18

19        Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Bobbie García and

20 Defendant County of Tulare hereby stipulate as follows:

21        1.      The First Amended Scheduling Conference Order filed February 14, 2008 states

22 that "[t]he parties are ordered to complete all percipient discovery on or before June 30, 2008."

23 (Docket Entry No. 14 at 6:28-7:1).

24        2.      The Order also states that "[t]he parties are ordered to complete all discovery,

25 including experts, on or before August 11, 2008." (*Id.* at 7:2-3).

26        3.      As the parties desire more time to complete percipient discovery, and believe that

27 it was the Court's intention to impose the August 11, 2008 deadline for all discovery, the parties

28 respectfully request that the First Amended Scheduling Conference Order be amended to extend

STIPULATION AND PROPOSED ORDER AMENDING SCHEDULING ORDER
No. 1:07-CV-01593-OWW-DLB
sf-2520608                                                                                          1

PDF created with pdfFactory trial version www.pdffactory.com

the deadline for percipient discovery to August 11, 2008, to coincide with the expert discovery deadline.

Dated: May 27, 2008

ARTURO J. GONZALEZ
J. RYAN GILFOIL
MORRISON & FOERSTER LLP

By: /s/ J. Ryan Gilfoil
J. Ryan Gilfoil

Attorneys for Plaintiff

KATHLEEN BALES-LANGE
Tulare County Counsel

By: /s/ Teresa Saucedo (as authorized on May 27, 2008)
Teresa Saucedo
Deputy County Counsel

JAMES D. WEAKLEY
WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By: /s/ James D. Weakley (as authorized on May 27, 2008)
James D. Weakley
Attorney for Defendant
County of Tulare

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: May 27, 2008

/s/ OLIVER W. WANGER

HON. OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER AMENDING SCHEDULING ORDER
No. 1:07-CV-01593-OWW-DLB
sf-2520608

2

PDF created with pdfFactory trial version www.pdffactory.com