1 ARTURO J. GONZALEZ (CA SBN 121490)
agonzalez@mofo.com
2 J. RYAN GILFOIL (CA SBN 246493)
jgilfoil@mofo.com
3 MORRISON & FOERSTER LLP
425 Market Street
4 San Francisco, California  94105-2482
Telephone: 415-268-7000
5 Attorneys for Plaintiff

6

7

8

                UNITED STATES DISTRICT COURT
9
              EASTERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| BOBBIE GARCÍA, on behalf of JOSEPH LUÍS GARCÍA, | Case No. 1:07-CV-01593-OWW-DLB |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY DEADLINES** |
| v. | |
| COUNTY OF TULARE and DOES 1 through 50, inclusive, | Judge: Hon. Oliver W. Wanger |
| Defendants. | |

18

19        Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Plaintiff Bobbie García and

20 Defendant County of Tulare hereby stipulate as follows:

21        1.      Pursuant to the First Amended Scheduling Conference Order filed February 14,

22 2008 (Docket No. 14) and the stipulated Order filed May 28, 2008 (Docket No. 27), the following

23 deadlines are currently in effect:

24           (a)      Expert disclosures: June 16, 2008;

25           (b)      Rebuttal and supplemental expert disclosures: July 15, 2008; and

26           (c)      Percipient and expert discovery cut-off: August 11, 2008.

27        2.      As the parties desire additional time to complete expert discovery, the parties

28 respectfully request that these deadlines each be extended two weeks, to the following dates:

1          (a)     Expert disclosures: June 30, 2008;

2          (b)     Rebuttal and supplemental expert disclosures: July 29, 2008; and

3          (c)     Percipient and expert discovery cut-off: August 25, 2008.

4     3.     All other dates remain as presently calendared.

5

Dated:  June 4, 2008          ARTURO J. GONZALEZ
6                              J. RYAN GILFOIL
                               MORRISON & FOERSTER LLP
7

8
                               By:   /s/ J. Ryan Gilfoil
9                                    J. Ryan Gilfoil

10                             Attorneys for Plaintiff

11                             KATHLEEN BALES-LANGE
                               Tulare County Counsel
12

13
                               By:   /s/ Teresa Saucedo (as authorized on June 4, 2008)
14                                   Teresa Saucedo
                                     Deputy County Counsel
15

16                             JAMES D. WEAKLEY
                               WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP
17

18
                               By:   /s/ James D. Weakley (as authorized on June 4, 2008)
19                                   James D. Weakley
                                     Attorney for Defendant
20                                   County of Tulare

21

22

23

24     **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

25

26     Dated: 5 June 2008          ___/s/ *Dennis L. Beck*_____
                                    HON. DENNIS L. BECK
27                                  UNITED STATES MAGISTRATE JUDGE

28