James D. Weakley, Esq.     Bar No. 082853
James J. Arendt, Esq.      Bar No. 142937

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendant, COUNTY OF TULARE

Kathleen Bales-Lange, Esq.   Bar No. 094765
Teresa Saucedo, Esq   Bar. No 093121
Tulare County Counsel
2900 W. Burrel, County Civic Center
Visalia, California 93291
Telephone: (559) 733-6263
Facsimile: (559) 737-4319
(Co-Counsel for Def. Co. of Tulare)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBIE GARCIA, on behalf of JOSEPH LUIS GARCIA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF TULARE and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 07-cv-01593 OWW DLB <br><br> AMENDMENT TO STIPULATED PROTECTIVE ORDER [DOC 17] |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that this be an Addendum to the Stipulated Protective Order ordered by the Court on April 29, 2008:

In addition to those persons identified in paragraph 3 a-e of the Stipulated Protective Order, documents or materials designated under this Protective Order as "Confidential" may be disclosed to Joseph Lewis Garcia's health care providers prior to their depositions, including Jose L. Peraza.

/ / /

---

All other conditions set for in the stipulated protective order remain in full force and effect.

DATED: August 6 , 2008

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:    /s/ James D. Weakley
      James D. Weakley, Esq.
      Attorneys for Defendant

DATED: August 6, 2008

KATHLEEN BALES-LANGE, ESQ.
Tulare County Counsel

By:    /s/ Teresa Saucedo
      Teresa Saucedo, Esq
      Attorneys for Defendant

DATED: August 6, 2008

MORRISON & FOERSTER LLP

By:    /s/ J. Ryan Gilfoil
      J. Ryan Gilfoil, Esq.
      Attorneys for Plaintiff

IT IS SO ORDERED.

Dated: **August 12, 2008**     **/s/ Dennis L. Beck**
      UNITED STATES MAGISTRATE JUDGE