1  James D. Weakley, Esq.        Bar No. 082853
   James J. Arendt, Esq.         Bar No. 142937
2
           THE LAW FIRM OF
3     WEAKLEY, RATLIFF,
     ARENDT & McGUIRE, LLP
4      1630 East Shaw Avenue, Suite 176
         Fresno, California  93710
5        Telephone: (559) 221-5256
         Facsimile:  (559) 221-5262
6

7  Attorneys for Defendant, COUNTY OF TULARE

8  Kathleen Bales-Lange, Esq.    Bar No. 094765
   Teresa Saucedo, Esq   Bar. No 093121
9  Tulare County Counsel
   2900 W. Burrel, County Civic Center
10 Visalia, California 93291
   Telephone: (559) 733-6263
11 Facsimile: (559) 737-4319
   (Co-Counsel for Def. Co. of Tulare)
12

13                  **UNITED STATES DISTRICT COURT**

14                  **EASTERN DISTRICT OF CALIFORNIA**

15
   BOBBIE GARCIA, on behalf of JOSEPH LUIS )  CASE NO. 07-cv-01593 OWW DLB
16 GARCIA,                                  )
                                            )
17            Plaintiffs,                    )  STIPULATION AND ORDER EXTENDING
                                            )  DISCOVERY DEADLINE AS TO IME AND
18        vs.                                )  PHOTOGRAPHING OF JOSEPH GARCIA
                                            )
19 COUNTY OF TULARE and DOES 1 through )
   50, inclusive,                           )
20                                          )
            Defendants.                      )
21 _____ )

22         The current deadline to complete non-expert discovery is August 25, 2008.  Pursuant to

23 Federal Rules of Civil Procedure Rule 16, the parties stipulate as follows:

24         For the sole purposes of conducting an Independent Mental Examination and photographing

25 tattoos of Joseph Garcia, the deadline be extended to August 29, 2008.

26         All other conditions set for in the stipulated protective order remain in full force and effect.

27 [signature page to follow]

28

   _____
   STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY DEADLINE AS
   TO IME AND PHOTOGRAPHING OF JOSEPH GARCIA

1

DATED: August 14, 2008                          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

2

3

4                                                By:        /s/ James D. Weakley
                                                            James D. Weakley, Esq.
5                                                           Attorneys for Defendant

6

DATED: August 14, 2008                          KATHLEEN BALES-LANGE, ESQ.
7                                                Tulare County Counsel

8

                                                 By:        /s/ Teresa Saucedo
9                                                           Teresa Saucedo, Esq
                                                            Attorneys for Defendant
10

11

DATED: August 14, 2008                          MORRISON & FOERSTER LLP
12

13                                               By:        /s/ J. Ryan Gilfoil
                                                            J. Ryan Gilfoil, Esq.
14                                                          Attorneys for Plaintiff

15

16

        IT IS SO ORDERED.
17

        **Dated:    August 19, 2008**                        **/s/ Dennis L. Beck**
18                                                       UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28