ARTURO J. GONZALEZ (CA SBN 121490)
J. RYAN GILFOIL (CA SBN 246493)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415-268-7000

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE GARCÍA, on behalf of JOSEPH LUÍS GARCÍA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, JEREMY KNOY, LUIS PINEDA, and ROBERT STRASSENBURG,<br><br>Defendants. | Case No. 1:07-CV-1593-OWW-DLB<br><br>**PETITION AND ORDER TO APPROVE DISPOSITION OF SETTLEMENT AWARD** |

Plaintiff Bobbie García ("Plaintiff") and Plaintiff's counsel hereby petition the Court for approval to dispose of the award from the settlement in this action.

**FACTUAL AND PROCEDURAL BACKGROUND**

1. Joseph Luís García ("Joseph") is a 26-year-old incompetent male.  Joseph lives with his mother, Plaintiff Bobbie García, and his father, Lewis García.

2. Plaintiff filed suit against the County of Tulare on behalf of Joseph on October 30, 2007.

3. The lawsuit alleged that Joseph was improperly arrested and incarcerated from June 4, 2007 to June 8, 2007 by the Tulare County Sheriff's Department based on warrants that were for another person.  Plaintiff asserted claims for violation of Joseph's civil rights under 42 U.S.C. § 1983, for false arrest/false imprisonment, and for negligence.

PDF created with pdfFactory trial version www.pdffactory.com

4. Plaintiff's motion for appointment as Joseph's Guardian Ad Litem was granted by the Court on May 16, 2008.

5. On August 8, 2008, Plaintiff filed a First Amended Complaint adding as defendants the arresting officer, Luis Pineda, and jail personnel Jeremy Knoy and Robert Strassenburg, of the Tulare County Sheriff's Department.

**THE SETTLEMENT**

6. A settlement conference was held on August 26, 2008 before Magistrate Judge Dennis L. Beck.  At that conference a tentative settlement was reached, subject to approval by the Tulare County Board of Supervisors.

7. The settlement was approved by the Tulare County Board of Supervisors on or about September 12, 2008.

8. The parties thereafter negotiated and signed a settlement agreement (the "Settlement Agreement"), attached hereto as Appendix A.  The Settlement Agreement provides for a release of all claims by the parties surrounding this incident, an agreement by the County of Tulare to institute certain revisions to its procedures for identifying arrestees, and a payment of $75,000 (the "Settlement Award") to Plaintiff's counsel in trust for Joseph.

9. The amount of the Settlement Award was determined based on negotiations between the parties.

**DISPOSITION OF THE SETTLEMENT AWARD**

10. As noted above, the Settlement Agreement provides for a Settlement Award of $75,000 to Plaintiff's counsel in trust for Joseph.

11. Joseph receives Supplemental Security Income ("SSI").  He is also the beneficiary of a Special Needs Trust (the "SNT") established using proceeds from a prior litigation settlement award.  The trustee of the SNT is Mr. Ron Dicken.  Mr. Dicken's counsel is Mr. Richard Barron.

12. The Settlement Award, less attorneys' fees and costs agreed upon between Plaintiff and Plaintiff's counsel, will be placed in the SNT.  Per agreement between Plaintiff's counsel, Mr. Dicken, and Mr. Barron, a portion of the Settlement Award placed in the SNT will be used to purchase a pool table, television, and video game system for Joseph's use.

1    13.    Plaintiff and Plaintiff's counsel hereby request approval of this disposition of the Settlement Award.

Dated: November 3, 2008

ARTURO J. GONZALEZ
J. RYAN GILFOIL
MORRISON & FOERSTER LLP

By:  /s/ Arturo J. Gonzalez
       Arturo J. Gonzalez

Attorneys for Plaintiff

IT IS SO ORDERED.

Date: November 5, 2008

/s/ OLIVER W. WANGER
Hon. Oliver W. Wanger
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com