ARTURO J. GONZALEZ (CA SBN 121490)
agonzalez@mofo.com
J. RYAN GILFOIL (CA SBN 246493)
jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415-268-7000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE GARCÍA, on behalf of JOSEPH LUÍS GARCÍA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE, JEREMY KNOY, LUIS PINEDA, and ROBERT STRASSENBURG,<br><br>Defendants. | Case No. 1:07-CV-01593-OWW-DLB<br><br>**STIPULATION AND ORDER DISMISSING LAWSUIT WITH PREJUDICE**<br><br>Judge: Hon. Oliver W. Wanger |

Plaintiff Bobbie García and Defendants County of Tulare, Jeremy Knoy, Luis Pineda, and Robert Strassenburg (collectively, "the Parties") hereby stipulate as follows:

1. Pursuant to the Mutual Settlement Agreement and Release (the "Settlement Agreement") entered into in this lawsuit on October 14, 2008, this lawsuit shall be dismissed with prejudice.

2. This dismissal shall be without prejudice to the right of any of the Parties to seek further court action to enforce the terms of the Settlement Agreement.

| | | |
|---|---|---|
| 1 | Dated: February 9, 2009 | ARTURO J. GONZALEZ |
| | | J. RYAN GILFOIL |
| 2 | | MORRISON & FOERSTER LLP |

By:   /s/ J. Ryan Gilfoil
      J. Ryan Gilfoil

Attorneys for Plaintiff

KATHLEEN BALES-LANGE
Tulare County Counsel


By:   /s/ Teresa Saucedo (as authorized on Feb. 9, 2009)
      Teresa Saucedo
      Deputy County Counsel


JAMES D. WEAKLEY
WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


By:   /s/ James D. Weakley (as authorized on Feb. 9, 2009)
      James D. Weakley
      Attorney for Defendant
      County of Tulare


**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: 2/9/2009                    /s/ OLIVER W. WANGER
                                         HON. OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE